JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

JS-6

Attorneys for Defendant
BAYER CORPORATION DISABILITY PLANS
(*erroneously sued as* BAYER CORPORATION DISABILITY PLAN)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INES IBRAHIM,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION DISABILITY PLAN,<br><br>    Defendant. | CASE NO. CV-10-9150 SJO (MANx)<br><br>**JUDGMENT FOR DEFENDANT BAYER CORPORATION DISABILITY PLANS** |

Pursuant to this Court's Findings of Fact and Conclusions of Law (Docket # 26), Judgment in this matter is hereby entered in favor of Defendant Bayer Corporation Disability Benefits Plans (Bayer) and against Plaintiff Ines Ibrahim. Bayer is further awarded its costs of suit in this matter.

**IT IS SO ORDERED**

Dated: September 11, 2012         _S. James Otero_____
                                  S. JAMES OTERO
                                  UNITED STATES DISTRICT COURT JUDGE